UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LOREEN POTVIN,**

    **Plaintiff,**

**v.**                                                                                               Case No.  8:05-cv-1166-T-30MSS

**SEDGWICK CLAIMS MANAGEMENT**
**SERVICES, INC., and MEDIA GENERAL,**
**INC.,**

    **Defendants.**
_____/

## **ORDER OF DISMISSAL**

The Court has been advised via a Mediation Results Report (Dkt. #13) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on December 27, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-1166.dismissal.wpd